ANSON WILLIS, Respondent, *v.* JAMES WEAVER, Appellant.

*Verdict — excessive damages.*

Appeal from a judgment, entered on a verdict in favor of the plaintiff, and from an order denying a motion for a new trial.

The judgment in this case was reversed, on the ground that the verdict of the jury was excessive, and contrary to the evidence in the case.

*E. More*, for the appellant.

*William P. Chambers*, for the respondent.

Opinion by Davis, P. J.

Daniels and Donohue, JJ., concurred.

Judgment reversed and new trial ordered, with costs to abide the event.

---

GILBERT T. REEDER, Appellant, *v.* CHARLES G. SCHNEIDER and another, Respondents.

*Specific performance — liens, discharge of, before tender*

An action for specific performance, cannot be maintained, when, at the time the contract is to be performed, there are existing liens on the premises to be conveyed, which are not provided for in the contract, although the holders agree to discharge them on receiving an assignment from the seller, of the obligation to be executed by the purchaser under the provisions of the contract to him.

*Hinckley* v. *Smith* (51 N. Y., 21) followed.

Appeal from a judgment of the Special Term, dismissing the plaintiff's complaint.

*Edward T. Bartlett*, for the appellant.

*Daniel T. Walden*, for the respondents.

Opinion by Lawrence, J.

Davis, P. J., and Daniels, J., concurring.

Judgment affirmed, with costs.